UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYONG OK YU, *et al.*,

    Plaintiffs,

v.

FIVE BOARS, LLC., *et al.*,

    Defendants.

Case No. C17-1249-JPD

ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR CONTEMPT OF COURT AND IMPOSING SANCTIONS

    This matter comes before the Court upon plaintiffs' April 4, 2018 Amended Motion for Contempt of Court. Dkt. 24. Specifically, plaintiffs argue that defendants have failed to comply with the Court's Order dated March 20, 2018 directing defendants to amend their responses to plaintiffs' First Set of Interrogatories and Requests for Production, and produce the documents pursuant to those requests by no later than Friday, March 30, 2018. Dkt. 21. The Court has considered plaintiffs' amended motion, defendants' opposition, plaintiffs' reply, defendants' surreply, the governing law, and the balance of the record, and finds that good cause exists for granting plaintiffs' amended motion and imposing sanctions against defendants. Dkt. 24. Accordingly, the Court ORDERS as follows:

    (1)    Plaintiffs' amended motion for contempt, Dkt. 24, is GRANTED.[1]  Defendants'

---

[1] The Court STRIKES plaintiffs' April 2, 2018 motion, Dkt. 22, as MOOT, in light of plaintiffs' filing of the instant amended motion.

ORDER
PAGE - 1

assertion that their CPA is in possession of the requested documents, and has obstinately refused to produce them despite having received express authorization from defendants to do so, is an insufficient excuse for defendants' failure to timely and fully comply with the Court's previous Order. Defendants did not even attempt to subpoena the documents from their CPA until April 4, 2018, the date that plaintiff filed the instant motion for contempt, despite the fact that the Court previously imposed a deadline for production of March 30, 2018. Dkt. 30 at 3.

(2) Due to defendants' failure to abide by their discovery obligations and this Court's prior Order, defendants are ORDERED to pay plaintiffs **$3,500** by no later than **Monday, May 7, 2018**. In addition, defendants shall amend their responses to plaintiffs' First Set of Interrogatories and Requests for Production and produce all documents and records requested by plaintiffs by no later than **Monday, May 14, 2018**.[2]

(3) **If defendants fail to fully comply with this Order, the Court will impose additional sanctions pursuant to Rule 37(d)(1)(A), including potentially entering a default judgment against defendants in this matter.**

(4) The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 30th day of April, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

---

[2] The Court agrees with defendants' argument in the surreply that several lines of plaintiff's reply brief (Page 3, Line 14 through Page 4, Line 13) should be stricken for raising new arguments not presented in the amended motion for contempt. As a result, plaintiffs' "new argument" about the manner in which defendants produced hotel receipts was not considered by the Court in resolving the instant motion.

ORDER
PAGE - 2