1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYONG OK YU, *et al*.,

        Plaintiffs,

    v.

FIVE BOARS, LLC., *et al*.,

        Defendants.

Case No. C17-1249-JPD

ORDER GRANTING STIPULATED
MOTION TO AMEND COMPLAINT
AND STRIKING MOTION FOR
PARTIAL SUMMARY JUDGMENT

       This matter comes before the Court upon plaintiffs' June 19, 2018 Stipulation to Allow
Plaintiffs to Amend the Complaint. Dkt. 41. Having reviewed the parties' stipulation and
plaintiffs' proposed amended complaint, Dkt. 41, the Court GRANTS the stipulated motion.
Plaintiffs' amended complaint shall be served on defendants within fourteen days of this Order.

       In addition, the Court STRIKES plaintiffs' four duplicative motions seeking leave to file
an amended complaint, Dkts. 36, 38, 39, 40, as well as plaintiffs' duplicative motions for partial
summary judgment, Dkts. 42, 46. Plaintiffs' counsel is advised that any duplicative motions will
be stricken from the docket in the future, and he should contact the Court's CM/ECF Help Desk
if he needs assistance filing motions correctly in the first instance.

       Plaintiffs are granted leave to re-file their motion for partial summary judgment in
accordance with the local rules and electronic filing procedures of this district by no later than

ORDER- 1

1  **Thursday, June 28, 2018**.  In particular, all exhibits to the motion for partial summary judgment

2  should be properly authenticated and attached to a declaration, and the motion should only be

3  filed once.

4      The Clerk is directed to send a copy of this Order to counsel for both parties.

5      DATED this 26th day of June, 2018.

6

7  *James P. Donohue*
   _____

8  JAMES P. DONOHUE
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER- 2