UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYONG OK YU, et al.,

Plaintiffs,

v.

FIVE BOARDS, LLC, *et al.*,

Defendants.

NO. C17-1249-JPD

ORDER DENYING PLAINTIFFS' MOTION IN LIMINE

This matter comes before the Court on the plaintiffs' motion *in limine*, Dkt. 65, which is opposed in part by defendants. Dkt. 69. Specifically, plaintiffs ask the Court "for admission or take judicial notice of [nine] internet newspaper articles regarding Seal's Motel and its neighbor motels, and crimes and conditions thereof." Dkt. 65. Plaintiffs' motion is DENIED, as it is unnecessary for the Court to take judicial notice of these newspaper articles simply to "show that the information was publicly available." Even if the newspaper articles are properly authenticated, many of the articles contain multiple levels of hearsay.

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 17th day of September, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 1