# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KYONG OK YU, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>FIVE BOARS, LLC, *et al.*,<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-1249-JPD |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered after trial in favor of plaintiffs and against defendants in the total amount of $198,721, plus attorney's fees and costs, as set forth in the Court's Memorandum Opinion dated October 17, 2018.

Dated this 17th day of October, 2018.

WILLIAM M. McCOOL
Clerk

s/ Tim Farrell
Deputy Clerk
