Karl Y. Park, Esq.  
7421 Better Way Loop SE #101  
Snoqualmie, WA 98065  
(206) 356-8487  
Karlpark99@yahoo.com  

The Hon. James P. Donohue

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YU, KYONG OK,<br>YU, UN NAM, wife and husband,<br>　　　Plaintiffs,<br><br>v.<br><br>FIVE BOARS, LLC, a Washington limited liability company,<br>KIM, EUN KYU,<br>KIM, CHU HWANG, husband and wife,<br>　　　Defendants | **CASE NO: 2:17-cv-01249-JPD**<br><br>**PLAINTIFFS' NOTICE OF CROSS-APPEAL** |

Notice is hereby given that Kyong Ok Yu and Un Nam Yu, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 17th day of October, 2018.

The parties to the final judgment appealed and the name, address, and telephone number of their respective counsel are:

Counsel for Cross-Appellant/Plaintiffs Kyong Ok Yu and Un Nam Yu:  
Law Office of Karl Park  
Karl Park, WSBA #27132

Plaintiffs' Notice of Cross-Appeal  
Yu v. Five Boars, LLC, et al.  
**2:17-cv-01249-JPD**  
P. 1

Law Office of Karl Park  
7421 Better Way Loop SE #101  
Snoqualmie, WA 98065  
(206) 356-8487  
Karlpark99@yahoo.com

7421 Better Way Loop SE #101
Snoqualmie, WA 98065
(206) 356-8487
karlpark99@yahoo.com

Counsel for Appellants/Defendants Five Boars, LLC, and Eun Kyu Kim and Chu Hyong Kim:
JK LAW GROUP, INC.
Chris Rosfjord, Of Counsel, WSBA #37668
11555 SE 8th Street, Suite 120 Bellevue, WA 98004
(206) 321-4849
rosfjordlaw@gmail.com

Dated November 19, 2018.

        /s/ Karl Park
        Karl Park, WSBA #27132
        Attorney for Cross-Appellants/Plaintiffs

Plaintiffs' Notice of Cross-Appeal
Yu v. Five Boars, LLC, et al.
**2:17-cv-01249-JPD**
P. 2

Law Office of Karl Park
7421 Better Way Loop SE #101
Snoqualmie, WA 98065
(206) 356-8487
Karlpark99@yahoo.com

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that I served or caused to serve a true and correct copy of the foregoing document to the following person(s) by email and via PACER electronic filing:

Mr. Chris Rosfjord, Attorney for Defendants
JK Law Group, Inc.
11555 SE 8th Street Suite 120
Bellevue, WA 98004
(425) 440-0220
rosfjordlaw@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated November 19, 2018, in Snoqualmie, Washington.

/s/ Karl Park
Karl Park, WSBA #27132
Attorney for Plaintiffs

Plaintiffs' Notice of Cross-Appeal
Yu v. Five Boars, LLC, et al.
**2:17-cv-01249-JPD**
P. 3

Law Office of Karl Park
7421 Better Way Loop SE #101
Snoqualmie, WA 98065
(206) 356-8487
Karlpark99@yahoo.com